```
         UNITED STATES DISTRICT COURT FOR THE
           SOUTHERN DISTRICT OF WEST VIRGINIA
                       CHARLESTON
```

UNITED STATES OF AMERICA

v.                                    Criminal No. 2:09-00222-30

WILLIAM HANKINS SR.

<u>O R D E R</u>

It is ORDERED that leave of Court be and it is hereby granted for the filing of the dismissal of the indictment in this case as to defendant William Hankins Sr.

The Clerk is directed to send a certified copy of this Order to all counsel of record and to the United States Marshals Service.

ENTER: December 21, 2010

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE